**Law Offices of Ronald Richards & Associates, APC**
**Ronald Richards, Esq. SBN 176246**
**P.O. BOX 11480**
**Beverly Hills, CA  90213**
**310-556-1001 Office**
**310-277-3325  Fax**
**EMAIL:  RON@RONALDRICHARDS.COM**

Attorneys for the Anthony Pisarski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:14-CR-00278-RS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) MOVING SENTENCING HEARING FROM |
| | ) FEBRUAR 14, 2017 TO MARCH 21, 2017 |
| ANTHONY PISARSKI and | ) |
| SONNY MOORE, | ) |
| | ) |
| Defendants | ) |

With the agreement of the parties, and with the consent of Anthony Pisarski, the defendant, the parties stipulate as follows:

The parties agree, and the Court finds and holds, as follows:

1. The sentencing date set for February 14, 2017 be moved to March 21, 2017.

2. The parties are discussing plea options in light of United States vs. Mcintosh being a final decision.

3. Counsel for Mr. Pisarski has an evidentiary hearing in the District of Hawaii on February 13, 2017.

SO STIPULATED:

                                            BRIAN STRETCH
                                            United States Attorney

DATED: January 13, 2017               /s/   Laura Varatin
                                            LAURA VARTAIN
                                            Assistant United States Attorney

[PROPOSED] ORDER CHANGING SENTENCING DATE
3:14-CR-00278-RS

DATED: January 13, 2017         /s/ Ronald Richards
RONALD RICHARDS
Attorney for ANTHONY PISARSKI

DATED:  January 13, 2017         /s/ T. Louis Palazzo

T. LOUIS PALAZZO
Attorney for SONNY MOORE

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the sentencing hearing to March 21, 2017 at - 2:30p.m. before the Hon. Richard Seeborg.

IT IS SO ORDERED.

DATED:  1/17/17

HON. RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER CHANGING SENTENCING DATE
3:14-CR-00278-RS