**Law Offices of Ronald Richards & Associates, APC**
**Ronald Richards, Esq. SBN 176246**
**P.O. BOX 11480**
**Beverly Hills, CA  90213**
**310-556-1001 Office**
**310-277-3325  Fax**
**EMAIL:  RON@RONALDRICHARDS.COM**

Attorneys for the Anthony Pisarski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:14-CR-00278-RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MOVING SENTENCING HEARING FROM MARCH 29, 2017 TO APRIL 4, 2017 |
| v. | |
| ANTHONY PISARSKI and SONNY MOORE, | |
| Defendants | |

With the agreement of the parties, and with the consent of Anthony Pisarski, the defendant, and Sonny Moore the defendant, the parties stipulate as follows:

The parties agree, and the Court finds and holds, as follows:

1. The sentencing date set for March 29, 2017 be moved to April 4, 2017 at 2:30pm.

2. This is the same date that is currently set for the defendant's motion to stay his prosecution and request for an evidentiary hearing relating to whether the marijuana he was cultivating was in compliance with California law; and for an order requiring the government to re-weigh this case.

SO STIPULATED:

BRIAN STRETCH
Acting United States Attorney

DATED: March 22, 2017          /s/   Laura Varatin
                               LAURA VARTAIN
                               Assistant United States Attorney

[PROPOSED] ORDER CHANGING SENTENCING DATE
3:14-CR-00278-RS

DATED: March 22, 2017            /s/ Ronald Richards
                                 RONALD RICHARDS
                                 Attorney for ANTHONY PISARSKI

DATED: March 22, 2017            /s/ T. Louis Palazzo

                                 T. LOUIS PALAZZO
                                 Attorney for SONNY MOORE

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the sentencing hearing to April 4, 2017 at - 2:30p.m. before the Hon. Richard Seeborg.

IT IS SO ORDERED.

DATED:  3/23/17

                                 HON. RICHARD SEEBORG
                                 United States District Court Judge

[PROPOSED] ORDER CHANGING SENTENCING DATE
3:14-CR-00278-RS