**Law Offices of Ronald Richards & Associates, APC**
**Ronald Richards, Esq. SBN 176246**
**P.O. BOX 11480**
**Beverly Hills, CA  90213**
**310-556-1001 Office**
**310-277-3325  Fax**
**EMAIL:  RON@RONALDRICHARDS.COM**

Attorneys for the Anthony Pisarski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY PISARSKI and<br>SONNY MOORE,<br><br>    Defendants | CASE NO. 3:14-CR-00278-RS<br><br>STIPULATION AND [PROPOSED] ORDER VACATING SENTENCING HEARING SET FOR APRIL 4, 2017 |

With the agreement of the parties, and with the consent of Anthony Pisarski, the defendant, and Sonny Moore the defendant, the parties stipulate as follows:

The parties agree, and the Court finds and holds, as follows:

1. There are two pending motions to withdraw the defendant's plea, Doc#157 & Doc#158, set for May 2, 2017.

2. There is a pending motion for an evidentiary hearing, Doc#152, set for April 4, 2017.  The government's response is due March 30, 2017.  In its response, the government will agree that an evidentiary hearing is appropriate prior to sentencing.

3. Counsel for the parties believe that the April 4, 2017 hearing should concern the pending motions for an evidentiary hearing, rather than sentencing, and that the sentencing hearing should be continued to a future date, which date can be set on April 4, 2017..

[PROPOSED] ORDER VACATING SENTENCING DATE
3:14-CR-00278-RS

SO STIPULATED:

BRIAN STRETCH
Acting United States Attorney

DATED: March 30, 2017    /s/ Laura Varatin
LAURA VARTAIN

Assistant United States Attorney

DATED: March 30, 2017    /s/ Ronald Richards
RONALD RICHARDS
Attorney for ANTHONY PISARSKI

DATED:  March 30, 2017    /s/ T. Louis Palazzo

T. LOUIS PALAZZO
Attorney for SONNY MOORE

# [PROPOSED] ORDER

For the reasons stated above, the Court agrees that sentencing will be continued to a date to be set on April 4, 2017, at 2:30pm, when the parties appear on defendants' motions for an evidentiary hearing

IT IS SO ORDERED.

DATED: 3/30/17

HON. RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER VACATING SENTENCING DATE
3:14-CR-00278-RS