| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | LAURA VARTAIN HORN (CABN 258485)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6831 |
| 7 | Laura.Vartain@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 14-000278 RS |
| Plaintiff, | ) | JOINT STATUS REPORT AND ~~PROPOSED~~ ORDER |
| v. | ) | |
| AHTONY PISARSKI, SONNY MOORE, | ) | |
| Defendants. | ) | |

On April 4, 2017, the parties appeared before the Court on various defense motions. The Court requested that the parties file status reports regarding the pending motions after Congress passed a spending bill. Congress has not yet passed a spending bill, but passage appears likely this week. After passage of any spending bill, the parties will have an opportunity to view the bill and then will be in a position to file the requested status reports with the Court. Accordingly, the parties jointly request that the Court permit them to file their separate status reports subsequent to passage of the spending bill, and as soon as the parties have been able to secure the legislation and review it. The parties anticipate that they will be able to file their status reports no later than May 12, 2017.

//

//

JOINT STATUS REPORT
14-00278 RS

DATED: May 1, 2017                         Respectfully submitted,

                                           BRIAN J. STRETCH
                                           United States Attorney


                                                  /s
                                           LAURA VARTAIN HORN
                                           Assistant United States Attorney


DATED: May 1, 2017


                                                  /s
                                           RONALD RICHARDS
                                           Attorney for defendant Pisasrski


DATED: May 1, 2017


                                                  /s
                                           LOUIS PALAZZO
                                           Attorney for defendant Moore

JOINT STATUS REPORT
 14-00278 RS

[~~PROPOSED~~] ORDER

The parties will file status reports as soon as possible, with an anticipated filing date of no later than May 12, 2017.

IT IS SO ORDERED.

DATED: 5/1/17

*[signature]*

HON. RICHARD SEEBORG
United States District Court Judge

JOINT STATUS REPORT
14-00278 RS