**Law Offices of Ronald Richards & Associates, APC**
**Ronald Richards, Esq. SBN 176246**
**P.O. BOX 11480**
**Beverly Hills, CA  90213**
**310-556-1001 Office**
**310-277-3325  Fax**
**EMAIL:  RON@RONALDRICHARDS.COM**

Attorneys for the Anthony Pisarski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>ANTHONY PISARSKI and<br>SONNY MOORE,<br><br>  Defendants | CASE NO. 3:14-CR-00278-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: BOND CONDITION |

With the agreement of the parties, the parties stipulate as follows:

The parties agree, and the Court finds and holds, as follows:

1. The current travel restriction to Nevada, Northern District of California, and Minnesota, is hereby modified and expanded to the domestic United States.

2. Defendant is still required to comply with all other pretrial directions or requirements.

SO STIPULATED:

          BRIAN STRETCH
          United States Attorney

DATED: May 31, 2017            /s/   Laura Varatin
          LAURA VARTAIN
          Assistant United States Attorney

DATED: May 31, 2017        /s/ Ronald Richards
RONALD RICHARDS
Attorney for ANTHONY PISARSKI

DATED:

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court modifies the bond condition.

IT IS SO ORDERED.

DATED: June 1, 2017

United States Magistrate Judge

[~~PROPOSED~~] STIPULATION MODIFYING BOND CONDITIONS
3:14-CR-00278-RS